# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0929. LESLIE W. DILLON et al. v. DESTINY INDUSTRIES, LLC.**

The Appellant in the above styled case has filed a motion entitled Motion To Withdraw Appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*